DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL LEWIS** and **CHERYL LEWIS,**
Appellants,

v.

**AMERICAN BUILDERS AND CONTRACTORS SUPPLY COMPANY, INC.**
d/b/a **ABC SUPPLY CO., INC.,**
Appellee.

No. 4D2023-1667

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE06-016571.

Colleen Kathryn O'Loughlin of Colleen Kathryn O'Loughlin, P.A., Fort Lauderdale, for appellants.

Robert C. Meacham and Jennifer H. Wahba of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***